January 10, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

JAMES B. MADDUX AND GMS ENERGY SERVICES, L.P. AND STAR TAX SOLUTIONS, L.L.C., Appellant

NO. 14-04-01035-CV                 V.

TRINITY PETROLEUM CONSULTANTS, LTD. AND TPC INVESTMENTS, INC., Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on June 30, 2004. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by JAMES B. MADDUX AND GMS ENERGY SERVICES, L.P. AND STAR TAX SOLUTIONS, L.L.C..

We further order this decision certified below for observance.